

COM.

v.

SHOWERS, W.

1201 MDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–41–CR–0000600–2008 (Lycoming)

Affirmed

COM.

v.

WITMAN, A.

1601 MDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–36–CR–0005536–2011 (Lancaster)

Affirmed

IN RE: G.V.K.

Appeal of: D.M.F.

1912 MDA 2016

Superior Court of Pennsylvania.

04/17/2017

84539 (Berks)

Affirmed

COM.

v.

TERRY, T.

547 WDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–02–CR–0015702–1991 (Allegheny)

Affirmed

COM.

v.

W.P.

691 WDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–17–CR–0000879–2014 (Clearfield)

Affirmed

COM.

v.

PERRY, J.

696 WDA 2016

Superior Court of Pennsylvania.

Filed 04/17/2017

CP–65–CR–0003361–2011,   CP–65–CR–0003372–2011 (Westmoreland)

Affirmed

